FUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS)

---

| | |
|---|---|
| FREDDIE BROWN,<br>       Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC,<br>       Defendant. | CASE NO.<br><br>Judge<br>Magistrate Judge |

---

### TRANS UNION, LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court for the 4th Judicial Circuit, Clinton County, Illinois, to the United States District Court for the Southern District of Illinois, on the following grounds:

1. Plaintiff Freddie Brown served Trans Union on August 9, 2017, with a Complaint and Summons filed in the Circuit Court for the 4th Judicial Circuit, Clinton County, Illinois. Copies of the Summons and Complaint, redacted pursuant to Federal Rule of Civil Procedure, 5.2, are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). See Complaint ¶ 1 and 7-9.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Circuit Court for the 4th Judicial Circuit, Clinton County, Illinois, to the United States District Court for the Southern District of Illinois.

5.      Notice of this removal will promptly be filed with the Circuit Court for the 4th Judicial Circuit, Clinton County, Illinois and served upon Plaintiff.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court for the 4th Judicial Circuit, Clinton County, Illinois, to this United States District Court, Southern District of Illinois.

Respectfully submitted,

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IL #6183900)
(Lead Counsel)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of September, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **7th day of September, 2017**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Freddie Brown #B20656<br>Centralia Correctional Center<br>P.O. Box 7711<br>Centralia, IL  62801 | |
|---|---|

*s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (IL #6183900)
(Lead Counsel)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*