# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDDIE BROWN,

    Plaintiff,

v.

TRANSUNION, LLC,

    Defendant.

Case No. 3:17-cv-00958-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: February 12, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY:    s/Tina Gray
                Deputy Clerk

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**